# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** August 13, 2020

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                          **DOCKET NO.:** 20-mj-5666-KMW-1

UNITED STATES OF AMERICA

VS.

JOHN MICHAEL MUSBACH

**<u>DEFENDANT PRESENT</u>**

**APPEARANCES:**

DIANA CARRIG, ESQ. – AUSA FOR GOVERNMENT
THOMAS YOUNG, ESQ. – AFPD FOR DEFENDANT

**OTHER:**

ADRIENNE SMITH - U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Initial Appearance on Complaint by Videoconference

Defendant advised of rights, charges and penalties, including Padilla.
Defendant consents to this Initial Appearance by video.  Order to be entered.
Hearing on application by defendant for appointment of counsel.  Financial Affidavit executed
and filed.
Ordered application granted.  Ordered AFPD Thomas Young, appointed to represent defendant.
Hearing on Government's application for detention.
Hearing on Defendant's application for bail.
Ordered Carl Williams sworn for defendant as potential third-party custodian.  Carl Williams
sworn for defendant.
Hearing on Defendant's request for 5-day continuance of detention hearing.
Ordered application granted.  Detention Hearing set for August 20, 2020 at 10:00 a.m. by Zoom.
Defendant waives preliminary hearing on the record.   Waiver executed and filed.
Ordered defendant remanded to the custody of the U.S. Marshal.
Orders to be entered.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED: 1:36          TIME ADJOURNED:     2:50          TOTAL TIME: 1 hr., 14 Mins.