UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the matter of:<br><br>JOHN MICHAEL MUSBACH | ORDER<br><br>Case #: 20-mj-5666-KMW |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 13th day of August, 2020, hereby

ORDERED that the Federal Public Defender for the District of New Jersey, (Thomas Young, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

*[signature]*
JUDGE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

cc:  Federal Public Defender