AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   20-MJ-5666-KMW |
| JOHN MICHAEL MUSBACH | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: U.S. District Court, D.N.J.<br>Camden, NJ | Courtroom No.:   By Videoconference |
| | Date and Time:  8/20/20 10:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  _____08/13/2020_____

_____
*Judge's signature*

Honorable Karen M. Williams, U.S.M.J.
_____
*Printed name and title*