UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Karen M. Williams |
| v. | : | Mag. No. 20-mj-5666 (KMW) |
| JOHN MICHAEL MUSBACH | : | |

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Diana Vondra Carrig, Assistant U.S. Attorney, appearing), and defendant John Michael Musbach (Rocco C. Cipparone, Esquire, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately 90 days to permit the defendant and his counsel time to consult with each other and the United States, to review informal discovery materials provided by the United States and, if appropriate, to engage in plea negotiations; the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); the defendant having consented to this continuance; there having been no prior continuances (except as entered by the Court due to COVID-19 pursuant to Extension of Standing Order 2020-12); and defendant having waived his right to a speedy trial; and for good cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and his attorney and having requested time to consult with each other and the United States, to review any informal discovery materials provided by the United

States and, if appropriate, to engage in plea negotiations, which – if successful – would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 1st day of September, 2020,

ORDERED that this action be, and hereby is, continued for a period of approximately 90 days from the date of the entry of this Order to and including December 1, 2020, and it is further

ORDERED that the period from the date of the entry of this Order through and including December 1, 2020, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KAREN M. WILLIAMS
United States Magistrate Judge

Seen and agreed to by:

DIANA VONDRA CARRIG
Assistant U.S. Attorney

ROCCO C. CIPPARONE, ESQUIRE
Counsel for Defendant John Michael Musbach