IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN MICHAEL MUSBACH | Case No. 20-mj-5666-KMW |

**ORDER DENYING MOTION FOR RELEASE FROM CUSTODY [DOC. 20]**

THIS MATTER having come before the Court on the Motion of Defendant, John Michael Musbach, for Release from Custody [Doc. No. 20]; and the Court noting the application by the Government for continued detention; and the Court having heard the arguments of counsel during the hearing held on January 25, 2021; it is hereby ORDERED this **25th** day of **January, 2021**, that the Motion for Release from Custody is **DENIED** for the reasons set forth on the record.

_____
KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE