2019R01036DVC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 APR 14 P 3: 44

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-302 (JHR) |
| v. | : | 18 U.S.C. § 1958 |
| JOHN MICHAEL MUSBACH | : | |

## INDICTMENT

The Grand Jury for the District of New Jersey, sitting in Camden, charges:

From on or about May 7, 2016 through on or about May 20, 2016, in Atlantic County in the District of New Jersey, and elsewhere, defendant

JOHN MICHAEL MUSBACH

did knowingly and intentionally use and cause another to use any facility of interstate and foreign commerce, that is, the internet, with the intent that a murder be committed in violation of the laws of the State of New York, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Section 1958.

A TRUE BILL

FOREPERSON

_Rachael A. Honig by AC_

RACHAEL A. HONIG
Acting United States Attorney

CASE NUMBER: _____

**United States District Court
District of New Jersey**

**UNITED STATES OF AMERICA**

v.

**JOHN MICHAEL MUSBACH**

**INDICTMENT FOR**

**18 U.S.C. § 1958**

**A True Bill,**

Foreperson

RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

DIANA VONDRA CARRIG
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
(856) 757-5024