# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** May 17, 2021

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ZOOM

**TITLE OF CASE:**

**DOCKET NO.:** 21-cr-302-JHR

UNITED STATES OF AMERICA

VS.

JOHN MICHAEL MUSBACH

**DEFENDANT PRESENT**

**APPEARANCES:**

DIANA CARRIG, ESQ. – AUSA FOR GOVERNMENT
ROCCO CIPPARONE, JR., ESQ. – RETAINED COUNSEL FOR DEFENDANT

**OTHER:**

ADRIENNE SMITH - U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Initial Appearance on Indictment and Arraignment

Defendant advised of rights, charges and penalties, including Padilla.
Defendant consents to this hearing by video conferencing.  Order to be entered.
Defendant waives formal reading of Indictment.
Hearing on Government's application for continued detention.  Order granted, Court's prior Order of Detention shall remain in effect.
Ordered defendant detained pending trial.  Order of Detention to be entered.
Plea:  NOT GUILTY
Ordered counsel shall meet and confer pursuant to Standing Order 15-2.
Oral Order as required by Rule 5(F) read into the record by the Court.  Order to be entered.
Proposed Order re Government's oral application for continuance excluding time under the Speedy Trial Act to be submitted to the Court for consideration.
Ordered defendant remanded to the custody of the U.S. Marshal.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:   9:54        TIME ADJOURNED:   10:01        TOTAL TIME:   7 mins.