UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez |
| v. | : | Crim. No. 21-302 (JHR) |
| JOHN MICHAEL MUSBACH,<br>        Defendant. | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Diana Vondra Carrig, Assistant U.S. Attorney, appearing), and defendant John Michael Musbach (Rocco C. Cipparone, Jr., Esquire, appearing), for an order granting a continuance of proceedings in the above-captioned matter to allow the defendant and his counsel sufficient time to analyze the discovery provided by the Government and, to the extent appropriate, determine and retain expert witnesses, prepare pretrial motions, and/or engage in plea negotiations; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having requested and consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant the reasonable time necessary to review the discovery and determine how to proceed — including whether to retain expert witnesses, draft pretrial

motions, and otherwise prepare for trial, taking into account the exercise of due diligence, and/or engage in plea negotiations with the Government.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __1st__ day of June, 2022,

ORDERED that this action be, and hereby is, continued until September 9, 2022; and it is further

ORDERED that the period from the date of this order through September 9, 2022, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and it is further

ORDERED that the parties shall appear before the Court for a status conference on __September 8__, 2022 at __2__:__00__ p.m.

_____
HONORABLE JOSEPH H. RODRIGUEZ
Senior United States District Judge

Consented to as to form and entry:

_____
DIANA VONDRA CARRIG
Assistant U.S. Attorney

_____
ROCCO C. CIPPARONE, JR., ESQUIRE
Counsel for defendant John Michael Musbach