UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE

09/27/2022
DATE OF PROCEEDINGS

JUDGE JOSEPH H. RODRIGUEZ

COURT REPORTER: Shannan Gagliardi

Docket # 21-cr-302 (JHR)

TITLE OF CASE:
UNITED STATES OF AMERICA
     v.
JOHN MUSBACH
    DEFENDANT PRESENT (Video)

APPEARANCE:
Diana V. Carrig, AUSA for Govt.
Rocco Cipparone, Esquire for Defendant

NATURE OF PROCEEDINGS: STATUS CONFERENCE (VIDEO)
Defendant consents to proceed by video.
Trial scheduled for Monday, April 24th, 2023.

Time commenced 10:13 am        Time Adjourned: 10:20 am

Total time: 7 minutes

                                     s/ *David Bruey*
                                     DEPUTY CLERK