UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE

02/02/2023
DATE OF PROCEEDINGS

JUDGE JOSEPH H. RODRIGUEZ

COURT REPORTER: John Kurz

Docket #   CR 21-302 (JHR)

TITLE OF CASE:
UNITED STATES OF AMERICA
v.

JOHN MICHAEL MUSBACH
DEFENDANT PRESENT

APPEARANCE:
Diana V. Carrig, AUSA for Government
Rocco Cipparone Jr., Esquire for Defendant

NATURE OF PROCEEDINGS:   PLEA / RETRACTION HEARING
Defendant informed of Rights, Penalties and Charges.
Ordered defendant sworn; defendant sworn.
PLEA:   Defendant retracted his/her plea of Not Guilty to Count (1)
   of the indictment and entered a plea of GUILTY to Count (1)
      of the Indictment.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
ORDERED SENTENCING SET FOR Tuesday, June 13, 2023, at 11:00 am.
Ordered defendant remanded to custody of U.S. Marshals.
Court recommends defendant remain in Salem County Jail until sentencing.

Time commenced: 1:25 PM          Time Adjourned: 2:05 PM

Total time: <u>40 minutes</u>

s/ *David Bruey*
**DEPUTY CLERK**