DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JOHN MICHAEL MUSBACH**<br><br>Defendant(s). | Criminal No. 21-302 (JHR)<br><br>SENTENCING SUBMISSION NOTICE<br>OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                         .

Date:

June 21, 2023

PHILIP R. SELLINGER
United States Attorney

By: _____
Assistant U.S. Attorney