DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN MICHAEL MUSBACH<br><br>Defendant(s). | Criminal No.   21-302<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

　　　　Please be advised that, on this date, defendant JOHN MICHAEL MUSBACH submitted sentencing materials to the Court in this case.

Date:   06-22-2023

By:   /s/ Rocco C. Cipparone, Jr. Esq.
　　　　Rocco C. Cipparone, Jr. Esq.