UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez |
| v. | : | Crim. No. 21-302 (JHR) |
| JOHN MICHAEL MUSBACH,<br>    Defendant. | : | ORDER |

This matter having come before the Court on the application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Diana Vondra Carrig, Assistant U.S. Attorney, appearing), for an order allowing the mother of the Victim to attend the sentencing hearing on June 27, 2023, at 11:00 a.m. virtually, based upon the mother's special circumstances, that is, she would be otherwise unable to attend the sentencing hearing because she lives outside the state of New Jersey at a significant distance from the Courthouse, and travelling to the Courthouse would require her to be away from her business for a substantial amount of time, which would pose a hardship for her business, and for good cause shown;

IT IS, therefore, on this __26th__ day of June, 2023,

ORDERED that the mother of the Victim may virtually attend the sentencing hearing in this matter.

_____
HONORABLE JOSEPH H. RODRIGUEZ
Senior United States District Judge