UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings


OFFICE: CAMDEN                                      Proceeding Date 06/27/2023

JUDGE JOSEPH H. RODRIGUEZ

Court Reporter: Carol Farrell


TITLE OF CASE:                                    DOCKET NO. 21-302 (JHR)
UNITED STATES OF AMERICA

                    v.

JOHN MICHAEL MUSBACH
            DEFENDANT PRESENT

APPEARANCES:
Diana Carrig, AUSA for the Government
Rocco Cipparone, Esquire for Defendant
Richard Antonison U.S. Probation
Jayson Williams, U.S. Probation

NATURE OF PROCEEDINGS:     SENTENCE
On a one count Indictment
SENTENCE: Imprisonment for a term of 78 months
SPECIAL ASSESSMENT: $100.00
SUPERVISE RELEASE: for a term of 3 years, with special conditions
FINE: $30,000.00
Defendant advised of his right to appeal.
Court recommends defendant be placed in Elkton if not there, the defendant be placed
in a facility as near as possible to his home address.
Ordered defendant remanded to the custody of the U.S. Marshal.


.


                                    s/David Bruey
                                    DEPUTY CLERK


Time Commenced: 12:10 am                    Time Adjourned: 2:45 pm
                    Total time: 2 hours and 35 minutes